IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

WILLIAM HOPE DAVIS, :
: 
    Petitioner, :
:
vs. : CIVIL ACTION NO.: CV506-002
:
RANDY TILLMAN, Warden, Ware :
State Prison; STATE BOARD OF :
PARDONS AND PAROLES; :
MILTON E. NIX, JR., Chairman, :
GARFIELD HAMMONDS, Vice :
Chairman; EUGENE P. WALKER, :
and L. GALE BUCKNER :
:
    Respondents. :

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Davis asserts that he could not have known the factual predicate of his claims prior to the Parole Board's decision to deny him parole in 2005. Davis alleges that it is the "repeated use of the static pre-incarceration criteria that [he] voices constitutional objections to." (Doc. No. 17, p. 3.) Davis contends that the Parole Board abused its discretion by repeatedly denying him parole based upon the nature of his offense.

For the reasons set forth in the Magistrate Judge's Report and Recommendation, Davis' Objections are without merit. The Report and Recommendation of the Magistrate

AO 72A
(Rev. 8/82)

Judge is adopted as the opinion of the Court. Respondent's Motion to Dismiss is **GRANTED**. Davis' petition for writ of habeas corpus is **DISMISSED**. The Clerk of Court is authorized and directed to enter an appropriate Judgment of Dismissal.

SO ORDERED, this 27th day of November, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)